## HOUGHTON V. SHADDOX.

(Decided April 9, 1908. Rehearing denied June 18, 1908.)

APPEAL from Mobile Circuit Court.
Heard before Hon. ROBERT ERVIN, Special Judge.

CHARLES L. BROMBERG, for appellant. No counsel. marked for appellee.

MCCLELLAN, J. The judgment is affirmed.

TYSON, C. J., DOWDELL and ANDERSON, JJ., concur.